M. KENDALL DAY, Chief
Asset Forfeiture and Money Laundering Section (AFMLS)
MARY BUTLER
Chief, International Unit
WOO S. LEE
Deputy Chief, International Unit
KYLE R. FREENY
Trial Attorney
Criminal Division
United States Department of Justice
   1400 New York Avenue, N.W., 10th Floor
   Washington, D.C. 20530
   Telephone: (202) 514-1263
   Email: Woo.Lee@usdoj.gov

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
CHRISTEN A. SPROULE (CBN: 310120)
Assistant United States Attorneys
Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-3391/(213) 894-4493
   Facsimile: (213) 894-7177
   Email: John.Kucera@usdoj.gov
           Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV16-05366-DSF (PLAx) |
| Plaintiff, | |
| v. | **WARRANT FOR ARREST IN REM** |
| ONE PEN AND INK DRAWING BY VINCENT VAN GOGH TITLED | |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | "LA MAISON DE VINCENT A ARLES"; ONE PAINTING BY CLAUDE MONET TITLED "SAINT-GEORGES MAJEUR"; AND ONE PAINTING BY CLAUDE MONET TITLED "NYMPHEAS AVEC REFLETS DE HAUTES HERBES,"<br><br>   Defendants. |

TO: THE FEDERAL BUREAU OF INVESTIGATION ("FBI"), THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

  A Verified Complaint for Forfeiture In Rem ("Complaint") was filed on July 20, 2016, in the United States District Court for the Central District of California by the United States of America, alleging that the defendant assets – specifically, One Painting by Vincent Van Gogh Titled "Le Maison De Vincent A Arles"; One Painting by Claude Monet Titled "Saint-Georges Majeur"; and One Painting by Claude Monet Titled "Nympheas Avec Reflets De Hautes Herbes" (the "Defendant Assets") – are subject to forfeiture to the United States of America pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and (C).

  The Court is satisfied that, based upon the allegations of the Complaint, there is probable cause to believe that the Defendant Assets are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

  YOU ARE HEREBY COMMANDED pursuant to Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure (the "Supplemental Rules"), to arrest and seize One Painting by Vincent Van Gogh Titled "Le Maison De Vincent A Arles"; One Painting by Claude Monet Titled "Saint-Georges Majeur"; and One Painting by Claude Monet Titled "Nympheas Avec Reflets De Hautes Herbes."

1  Special Agents of the FBI and/or Deputies of the United States Marshals Service
2  ("USMS"), together with any personnel deemed necessary, shall execute this
3  warrant of arrest in rem as soon as practicable.
4         PLAINTIFF IS FURTHER COMMANDED to publish notice of the seizure
5  in a manner consistent with the Supplemental Rules; and to provide notice of this
6  action to all persons and entities who reasonably appear to be potential claimants to
7  the Defendant Assets by sending such persons and entities a copy of this warrant
8  and a copy of the Complaint, in a manner consistent with Rule G(4)(b) of the
9  Supplemental Rules.
10        This warrant provides notice that in order to avoid forfeiture of the
11 Defendant Assets, any person claiming an interest in, or right against, the
12 Defendant Assets must file a claim, signed under penalty of perjury, identifying the
13 specific asset claimed, the claimant, and stating the claimant's interest in the asset
14 in the manner set forth in Rule G(5) of the Supplemental Rules.  Any such claim
15 must also be served on Assistant United States Attorney John J. Kucera or
16 Assistant United States Attorney Christen A. Sproule at the United States
17 Attorney's Office, Central District of California, 312 North Spring Street, 14th
18 Floor, Los Angeles, California 90012.  In no event may such claim be filed later
19 than 35 days after the date the notice of the Complaint is sent, or if applicable, no
20 later than 60 days after the first day of publication on an official internet
21 government forfeiture site.
22        In addition, any person having filed such a claim must also file an answer to
23 the Complaint not later than 21 days after the filing of the claim, with a copy
24 thereof sent to Assistant United States Attorney John J. Kucera or Assistant United
25 States Attorney Christen A. Sproule at the address above.  Upon failure to file a
26 verified statement of interest and answer, default may be entered pursuant to Rule
27 55(a), Federal Rule of Civil Procedure, and seizure and condemnation may proceed
28 as sought by plaintiff in its Complaint.

YOU ARE FURTHER COMMANDED to provide a copy of this warrant to the person from whom the defendant property is seized and file a return with this Court identifying the time and details of execution of this Warrant, and the identity of the individual(s) who received copies.

Dated 7-22-16

*Dale S. Fischer*

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
M. KENDALL DAY
Chief, AFMLS

EILEEN M. DECKER
United States Attorney

　　/s/
_____
JOHN J. KUCERA
CHRISTEN A. SPROULE
Assistant United States Attorneys

WOO S. LEE
Deputy Chief, AFMLS
KYLE R. FREENY
Trial Attorney, AFMLS

Attorneys for Plaintiff
UNITED STATES OF AMERICA