M. KENDALL DAY, Chief
Asset Forfeiture and Money Laundering Section (AFMLS)
MARY BUTLER
Chief, International Unit
WOO S. LEE
Deputy Chief, International Unit
KYLE R. FREENY
Trial Attorney
Criminal Division
United States Department of Justice
  1400 New York Avenue, N.W., 10th Floor
  Washington, D.C. 20530
  Telephone: (202) 514-1263
  Email: Woo.Lee@usdoj.gov
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
CHRISTEN A. SPROULE (CBN: 310120)
Assistant United States Attorneys
Asset Forfeiture Section
  312 North Spring Street, 14th Floor
  Los Angeles, California 90012
  Telephone: (213) 894-3391/(213) 894-4493
  Facsimile: (213) 894-7177
  Email: John.Kucera@usdoj.gov
        Christen.A.Sproule@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ONE PEN AND INK DRAWING BY VINCENT VAN GOGH, ETC., ET AL.,<br>        Defendants. | NO. CV16-05366-DSF(PLAx)<br><br>**WARRANT FOR ARREST IN REM FOR DEFENDANT ONE PAINTING BY CLAUDE MONET TITLED "SAINT-GEORGES MAJEUR"** |

1

1   TO: THE FEDERAL BUREAU OF INVESTIGATION ("FBI"), THE
2   UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF
3   CALIFORNIA, AND/OR ANY OTHER DULY AUTHORIZED LAW
4   ENFORCEMENT OFFICER:
5        An Amended Verified Complaint for Forfeiture In Rem ("Complaint") was
6   filed on August 8, 2016, in the United States District Court for the Central District
7   of California by the United States of America, alleging that the defendant asset –
8   specifically, One Painting by Claude Monet titled "Saint-Georges Majeur" (the
9   "Defendant Asset") – is subject to forfeiture to the United States of America
10  pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and (C).
11       The Court is satisfied that, based upon the allegations of the Amended
12  Verified Complaint, there is probable cause to believe that the Defendant Asset is
13  subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and
14  (C).
15       YOU ARE HEREBY COMMANDED pursuant to Rule G(3)(c) of the
16  Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture
17  Actions, Federal Rules of Civil Procedure (the "Supplemental Rules"), to arrest
18  and seize the Defendant Asset.  Special Agents of the FBI and/or Deputies of the
19  United States Marshals Service ("USMS"), together with any personnel deemed
20  necessary, shall execute this warrant of arrest in rem as soon as practicable.
21       YOU ARE FURTHER COMMANDED to provide a copy of this warrant to
22  the person from whom the Defendant Asset is seized and file a return with this
23  Court identifying the time and details of execution of this Warrant, and the identity
24  of the individual(s) who received copies.
25       THE GOVERNMENT IS COMMANDED to publish notice of the seizure in
26  a manner consistent with the Supplemental Rules, and to provide notice of this
27  action to all persons and entities who reasonably appear to be potential claimants to
28  the Defendant Asset by sending such persons and entities a copy of this warrant

and a copy of the Amended Verified Complaint, in a manner consistent with Rule G(4)(b) of the Supplemental Rules.

This warrant provides notice that in order to avoid forfeiture of the Defendant Asset, any person claiming an interest in, or right against, the Defendant Asset must file a claim, signed under penalty of perjury, identifying the specific asset claimed, the claimant, and stating the claimant's interest in the asset in the manner set forth in Rule G(5) of the Supplemental Rules.  Any such claim must also be served on Assistant United States Attorney John J. Kucera or Assistant United States Attorney Christen A. Sproule at the United States Attorney's Office, Central District of California, 312 North Spring Street, 14th Floor, Los Angeles, California 90012.  In no event may such claim be filed later than 35 days after the date the notice of the Complaint is sent, or if applicable, no later than 60 days after the first day of publication on an official internet government forfeiture site.

In addition, any person having filed such a claim must also file an answer to the Amended Verified Complaint not later than 21 days after the filing of the claim, with a copy thereof sent to Assistant United States Attorney John J. Kucera or Assistant United States Attorney Christen A. Sproule at the address above. Upon failure to file a verified statement of interest and answer, default may be

///
///

entered pursuant to Rule 55(a), Federal Rule of Civil Procedure, and seizure and condemnation may proceed as sought by plaintiff in its Complaint.

Dated this 9th day of August, 2016.

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

Submitted by:

   /s/*Christen A. Sproule*
JOHN J. KUCERA
CHRISTEN A. SPROULE
Assistant United States Attorneys

4