```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA                VERIFIED CLAIM
----------------------------------x           CV 16-5366-DSF(PLAx)

United States of America,

                Plaintiff
        v.

One Pen and Ink Drawing by Vincent
Van Gogh Titled "La Maison De
Vincent A Arles"; One Painting
By Claude Monet Titled "Saint-
Georges Majuer"; and One Painting
By Claude Monet Titled "Nympheas
Avec Reflets De Hautes Herbes"; and
E25,227,025.83 in Funds Held in an
Escrow Account at UBS, S.A.,

                Defendants.
----------------------------------x
```

I, DAVIDE NAHMAD, hereby swear, under the penalties of perjury, that the following is true:

1. I, through my attorneys, Aaron Richard Golub, Esq., P.C. and Edward M. Kratt P.C., hereby submit, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, my Claim to contest the forfeitability of property, named and designated for forfeiture in the above-referenced matter, to wit, One Painting By Claude Monet Titled "Nympheas Avec Reflets De

Hautes Herbes". (the "Grand Nympheas" Painting)

2. I am the owner of said Painting, having acquired same through public auction at Sotheby's in London, held on February 5, 2013. Annexed is the purchase invoice, evidencing ownership thereof.

3. Contrary to the allegations contained in paragraphs 473 through 480 of the Amended Verified Complaint for Forfeiture in this matter, which are denied by me, my painting has been solely owned and possessed by me since its purchase up to the present time.

4. Contrary to allegations contained in paragraphs 473 through 480 of said Complaint, which are denied by me, said painting was neither purchased nor acquired by Mr. Low Taek Jho from me, in any manner, shape or form, or by any means recited therein.

5. I hereby serve formal notice that I will be filing my Verified Answer to the Amended Complaint herein contesting the forfeiture of my painting, within 21 days of this Claim, pursuant to Rule 12 of the Federal Rules of Civil Procedure.

6. This Claim is timely filed pursuant to the Stipulation of the Parties, dated September 20, 2016, which extended the Claim deadline to November 7, 2016.

Dated: New York, New York
       October 14, 2016

*[signature]*
DAVIDE NAHMAD

Sworn to before me this
14th day of October, 2016
Davide NAHMAD signed this document

*[signature]*
NOTARY PUBLIC

In the State of NY
In the county of New York

LAWRENCE D FLEISCHMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FL6290413
Qualified in Richmond County
My Commission Expires 10/7/2017

TO: AUSA WOO S. LEE
    Deputy Chief, AFMLS

    AUSA JOHN J. KUCERA

    AUSA CHRISTEN A. SPROULE
    Via ECF and Federal Express

# Sotheby's

International Art Center SA
Monsieur Davide Nahmad
c/o Rodolphe Haller
route des Jeunes 4 bis
1240 GENEVE
SWITZERLAND

34-35 New Bond Street
London W1A 2AA
+44 (0)20 7293 5000
www.sothebys.com

VAT Registration Number GB512549263
Sotheby's: Registered in England and Wales
Registered office at the above address
Registered Number 874867

| | |
|---|---|
| Account number | 1544337 |
| Invoice number | 92206045 |
| Date & tax point | 8 April 2013 |
| Sale currency | GBP |

## Invoice for Impressionist & Modern Art Evening Sale

Sale L13002 - 5 February 2013

LOT 20 - Claude Monet, Nympheas avec reflets de hautes herbes, oil on canvas 130 by 200cm. stamped lower corner. c1914-17

| | |
|---|---|
| Hammer price | £8,000,000.00 |
| Buyer's premium including VAT | 1'001'250,- £1,201,500.00 |
| Lot total | £9,201,500.00 |

Invoice total      £9,201,500.00
                   9'001'250,-

WITHOUT GB VAT

### Payment of £9,201,500.00 is due on 6 May 2013

This invoice replaces invoice number 92190457.
We can only accept payment from the buyer named on this Invoice.

**Bank transfers**
- HSBC Bank
  129 New Bond Street
  London W1A 2JA

| | |
|---|---|
| Account number | 01099833 |
| Sort code | 40-05-01 |
| SWIFT code | MIDLGB22 |

IBAN GB54MIDL40050101099833

Include your name, your account number (1544337) and invoice number (92206045)

**Cheques**
- Made payable to "Sotheby's"
- Cheques take up to 6 business days to clear
- Send to Post Sale Services
  Sotheby's
  34-35 New Bond Street
  London W1A 2AA

---

The lot(s) listed on this invoice have been sold subject to the margin scheme for Works of Art. The charge for buyer's premium may include VAT which must not be shown separately or reclaimed as input tax. Please refer to the catalogue for information on VAT refunds. According to our Conditions of Business, late payment will be liable to interest charged at UK base rate plus 6.00% per annum and uncollected property will be subject to storage charges.

For assistance, please contact
Alba King
Post Sale Manager
T +44 (0)20 7293 5220
F +44 (0)20 7293 5910
E ukpostsaleservices@sothebys.com