UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
----------------------------------x
United States of America,

        Plaintiff

        v.

One Pen and Ink Drawing by Vincent
Van Gogh Titled "La Maison De
Vincent A Arles"; One Painting
By Claude Monet Titled "Saint-
Georges Majuer"; and One Painting
By Claude Monet Titled " Nympheas
Avec Reflets De Hautes Herbes"; and
E25,227,025.83 in Funds Held in an
Escrow Account at UBS, S.A.,

        Defendants.
----------------------------------

CLAIMANT'S VERIFIED
ANSWER TO FIRST AMENDED
VERIFIED COMPLAINT FOR
FORFEITURE
CV 16-5366-DSF(PLAx)

Claimant, DAVIDE NAHMAD ("Claimant"), by his attorneys, AARON RICHARD GOLUB, ESQ., P.C. and EDWARD M. KRATT, P.C., as and for his Verified Answer to the First Amended Verified Complaint for Forfeiture of Plaintiff (hereinafter referred to as the "Verified Amended Complaint"), respectfully states, as follows:

1. As to Section N of the Verified Amended Complaint, relating to the "Grand Nympheas Painting", denies each and every allegation contained in paragraphs 473 and 474 thereof.

2. As to Section N of the Verified Amended Complaint, relating to the "Grand Nympheas Painting", denies sufficient knowledge or information to form a belief with respect to paragraphs 475, 476, 477, 478, 479 and 480 thereof.

3. As to the remaining Sections of the Verified Amended Complaint, denies sufficient knowledge or information to form a belief with respect to paragraphs 1 through 509 thereof.

4. Leaves to the Court to determine the contents, and/or applicability of the documents, and/or laws and statutes referred to in paragraphs 510 through 524 of the Verified Amended Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

5. Claimant, Davide Nahmad, is the owner of the Claude Monet painting, "Nympheas avec Reflets de Hautes Herbes" (the "Grand Nympheas" Painting), having acquired same through public auction at Sotheby's in London, held on February 5, 2013. (An invoice reflecting and establishing said purchase is annexed as Exhibit 'A')

6. Contrary to the allegations in paragraphs 473 through 480 of the Verified Amended Complaint, which are denied, the Grand Nympheas Painting has been solely and exclusively owned and possessed by Claimant since its purchase from Sotheby's, as aforesaid. (The invoice attached as Exhibit 'B' herein sets forth the full title of the painting, "Nympheas avec Reflets de Hautes Herbes".)

7. Contrary to allegations contained in paragraphs 473 through 480 of said Complaint, which are denied, the Grand Nympheas Painting was neither purchased from Claimant nor otherwise acquired therefrom by Mr. Low Taek Jho, in any way, shape or manner, or by any means recited therein at any time to the present.

8. On or about February 13, 2014, Mr. Nahmad contracted for the sale to Mr. Jho of two Claude Monet paintings, including the

Grand Nympheas Painting and another, the "Le Palais Ducal vu de Saint-Georges Majeur" ("Palais Ducal"). Such proposed sale of each is reflected in the annexed invoices of February 13, 2014. (Exhibits 'B' and 'C') However, payment for the Grand Nympheas Painting was never made by Jho to Mr. Nahmad and, hence, the sale of the Grand Nympheas Painting to Jho was never consummated at any time to the present.

9. As reflected in March 10, 2015 invoice from Davide Nahmad to Low Taek Jho (Exhibit 'D'), the contract of sale between the parties was modified on or about March 10, 2015 to provide that only the Palais Ducal would be purchased upon the terms and conditions set forth in Exhibit 'D'. The April 23, 2014 payment of $2,250,000 by Low Taek Jho to Mr. Nahmad, referenced in paragraphs 478 through 480 of the amended complaint inaccurately attributes such payment to the Grand Nympheas Painting. In fact, said payment represented and constituted partial payment for Jho's purchase of Palais Ducal **only, and was wholly and completely unrelated to the Grand Nympheas painting.** (See, Exhibit 'D') The contract price for such purchase was increased to $25,000,000. Said purchase price was fulfilled and satisfied through an additional cash payment of $9,288,750, plus Nahmad's purchase, in kind, of two paintings, from Jho, Alexander Calder's "Six White Dots Over Blue, Black and Red" and Yves

Klein's "Accord Bleu".

10. The annexed documentation, viz, Exhibit 'D', conclusively establishes that the Grand Nympheas Painting was neither purchased from Claimant nor acquired by Mr. Low Taek Jho and that a new contract of sale was entered into between the parties, as reflected by documentary evidence. (Exhibit 'D') It also establishes that Mr. Nahmad is the rightful owner thereof. As such, said painting is not subject to forfeiture herein.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

11. As such, the Claimant's Asset, the "Grand Nympheas Painting", was not derived from proceeds traceable to violations of the law and, hence, not subject to forfeiture pursuant to 18 U.S.C Section 981(a)(1)(C).

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

12. As such, the Claimant's Asset, the "Grand Nympheas Painting", was not derived from proceeds traceable to violations of the law and, hence, not subject to forfeiture pursuant to 18 U.S.C Section 981(a)(1)(A).

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

13. The Amended Complaint fails to state a claim upon which relief can be granted.

**WHEREFORE**, it is respectfully requested that the Verified Amended Complaint be dismissed against the answering Claimant, together with costs and disbursements of this action.

Dated: New York, New York
       October 14, 2016

> AARON RICHARD GOLUB, ESQ.
> EDWARD M. KRATT, P.C.
> Attorneys for Claimant
> DAVIDE NAHMAD
>
> _____
> Aaron Richard Golub
> 42 East 64th Street 10065
> New York, New York
> 212-838-4811
>
> _____
> Edward M. Kratt
> 100 Lafayette Street
> Suite 501
> New York, New York 10013
> 212-941-1277

TO: AUSA WOO S. LEE
    Deputy Chief, AFMLS

    AUSA JOHN J. KUCERA

    AUSA CHRISTEN A. SPROULE
    Via ECF and Federal Express

VERIFICATION

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DAVIDE NAHMAD hereby verifies and declares, under the penalty of perjury, that the following is true:

I am the Claimant named in the within action.

I have read the foregoing Verified Answer to the Amended Verified Complaint for Forfeiture *In Rem* and know the contents thereof. The same are true to the best of my own knowledge and belief, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

The sources of my knowledge and information and grounds for my belief are my review of the Amended Verified Complaint, my personal knowledge of transactions relevant to the issues herein and my review of documentation relevant to those issues.

I hereby declare under the penalty of perjury that the foregoing is true and accurate.

Executed this 14th day of October, 2016.

_____
DAVIDE NAHMAD

Sworn to before me this
14th day of October, 2016
DAVIDE NAHMAD signed this document

_____
NOTARY PUBLIC
In the State of NY
In the county of New York

LAWRENCE D FLEISCHMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FL6290413
Qualified in Richmond County
My Commission Expires 10/7/2017