1  DEBORAH CONNOR, Acting Chief
   Asset Forfeiture and Money Laundering Section (AFMLS)
2  MARY BUTLER
   Chief, International Unit
3  WOO S. LEE
   Deputy Chief, International Unit
4  KYLE R. FREENY
   Trial Attorney
5  Criminal Division
   United States Department of Justice
6      1400 New York Avenue, N.W., 10th Floor
       Washington, D.C. 20530
7      Telephone:  (202) 514-1263,
       Email:   Woo.Lee@usdoj.gov
8
   SANDRA R. BROWN
9  Acting United States Attorney
   LAWRENCE S. MIDDLETON
10 Assistant United States Attorney
   Chief, Criminal Division
11 STEVEN R. WELK
   Assistant United States Attorney
12 Chief, Asset Forfeiture Section
   JOHN J. KUCERA (CBN: 274184)
13 CHRISTEN A. SPROULE (CBN: 310120)
   Assistant United States Attorneys
14 Asset Forfeiture Section
       1400 United States Courthouse
15     312 North Spring Street
       Los Angeles, California 90012
16     Telephone:  (213) 894-3391/(213) 894-4493
       Facsimile:  (213) 894-7177
17     Email: John.Kucera@usdoj.gov
               Christen.A.Sproule@usdoj.gov
18
   Attorneys for Plaintiff
19 UNITED STATES OF AMERICA

20              UNITED STATES DISTRICT COURT

21         FOR THE CENTRAL DISTRICT OF CALIFORNIA

22 UNITED STATES OF AMERICA,        Case No. CV 16-05366-DSF(PLAx)

23          Plaintiff,              PLAINTIFF'S APPLICATION FOR ENTRY
                                    OF DEFAULT BY CLERK AGAINST THE
24              v.                  INTERESTS OF ALL POTENTIAL
                                    CLAIMANTS AS TO THREE OF THE
25                                  DEFENDANT ASSETS; DECLARATION OF
   ONE PEN AND INK DRAWING BY       JOHN J. KUCERA
26 VINCENT VAN GOGH, ETC., ET AL.,
                                    [Fed. R. Civ. P. 55(a) and Local
27          Defendants.             Rule 55-1]

28

                                  1

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55-1 of the Local Rules of Practice for the Central District of California, plaintiff United States of America ("plaintiff" or the "government"), hereby respectfully applies for entry of default by the Clerk in the instant action against the interests of known potential claimants Tan Kim Loong ("Loong"); Low Taek Jho ("Jho"); Jynwel Capital Ltd. ("Jynwel"); Tanore Finance Corporation ("Tanore"); Davide Nahmad ("Nahmad"); and all other potential claimants, in three of the four defendant assets in this action, specifically one pen and ink drawing by Vincent Van Gogh titled "La maison de Vincent a Arles" ("the Van Gogh"); one painting by Claude Monet titled "Saint-Georges Majeur" (the "Monet SGM"); and €25,227,025.83 Euros held in an escrow account at UBS, S.A. in Switzerland constituting the proceeds of the sale of a painting by Claude Monet titled "Nympheas" (the "defendant Euros").

The government is seeking entry of default against all potential claimants but one in the fourth (and final) defendant asset (one painting by Claude Monet titled "Nympheas Avec Reflets De Hautes Herbes" (the "Monet Nympheas") in a separate, contemporaneous filing.

This application is based on the facts set forth in the attached Declaration of John J. Kucera (the "Kucera Declaration"), and the filings in this case.

As set forth more particularly in the Kucera Declaration: (i) notice of this action has been published as required by Supplemental Rule G(4) and Local Rules C(3) and C(4)(a)(1); (ii) Plaintiff has mailed notice of this action to known potential claimants Loong; Jho; Jynwel; Tanore; and Nahmad as required by Local Rule C(4)(a)(3); (iii) neither any of the potential claimants who received direct

notice of the action, nor any other potential claimant, has filed a claim or answer, and the time to file a claim or answer has expired; (iv) potential claimants Loong, Jho and Nahmad (the known claimants against whom default is sought who are natural persons) are not minors nor incompetent persons; and (v) neither Loong, Jho nor Nahmad serve in the U.S. military, so the Servicemembers Civil Relief Act of 2003 therefore does not apply.

DATED: May 25, 2017                 Respectfully submitted,

                                    DEBORAH CONNOR,
                                    Acting Chief, AFMLS

                                    SANDRA R. BROWN
                                    Acting United States Attorney

                                    /s/John J. Kucera_____
                                    JOHN J. KUCERA
                                    CHRISTEN A. SPROULE
                                    Assistant United States Attorneys

                                    WOO S. LEE
                                    KYLE R. FREENY
                                    Criminal Division
                                    U.S. Department of Justice
                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA