DEBORAH CONNOR, Acting Chief
Money Laundering & Asset Recovery Section (MLARS)
MARY BUTLER
Chief, International Unit
WOO S. LEE
Deputy Chief, International Unit
KYLE R. FREENY
Trial Attorney
Criminal Division
United States Department of Justice
   1400 New York Avenue, N.W., 10th Floor
   Washington, D.C. 20530
   Telephone: (202) 514-1263
   Email:  Woo.Lee@usdoj.gov

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
CHRISTEN A. SPROULE (CBN: 310120)
Assistant United States Attorneys
Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-3391/(213) 894-4493
   Facsimile: (213) 894-7177
   Email: John.Kucera@usdoj.gov
       Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ONE PEN AND INK DRAWING BY VINCENT VAN GOGH, ETC., ET AL.,<br><br>      Defendants.<br><br>DAVIDE NAHMAD,<br><br>      Claimant. | No. CV 16-5366-DSF (PLAx)<br><br>AMENDED JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ONLY DEFENDANT PAINTING BY CLAUDE MONET TITLED "NYMPHEAS AVEC REFLETS DE HAUTES HERBES"<br><br>[This stipulation is not case dispositive, but provides for the dismissal of one defendant asset and resolves the claim of the sole claimant in this action.] |

By the signatures of their attorneys hereunder, Plaintiff United States of America and Claimant Davide Nahmad ("Claimant") stipulate and agree to (1) the dismissal from this action of only the following Defendant *in Rem* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii): ONE PAINTING BY CLAUDE MONET TITLED "NYMPHEAS AVEC REFLETS DE HAUTES HERBES" ("Monet's Nympheas"); and (2) the withdrawal of Claimant's claim and answer.

On July 20, 2016, the United States filed a Verified Complaint for Forfeiture *in Rem* (Docket No. 1) against the following Defendants *in Rem*: one pen and ink drawing by Vincent Van Gogh titled "La Maison de Vincent a Arles;" one painting by Claude Monet titled "Saint-Georges Majeur;" and Monet's Nympheas (collectively "the Defendant Assets"), alleging that the Defendant Assets were subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C).  An Amended Complaint was filed on August 8, 2016. (Docket No. 14.)

Notice of this action was given and published in accordance with law.  On October 19, 2016, Claimant filed a Verified Claim as to Monet's Nympheas.  (Docket No. 33.)  On October 27, 2016, Claimant filed an answer.  (Docket No. 35.)  No other claims of interest have been filed as to Monet's Nympheas or any of the other Defendant Assets, and the time allowed for filing such claims has expired.

Claimant has provided certain information and made the following representations to the Government in connection with this action:

a.   On or about February 13, 2014, Claimant agreed to sell Jho Taek Low ("Low") the following works: (1) Monet's Nympheas; and (2) a painting by Claude Monet titled "Le Palais Ducal vu de Saint-Georges

1  Majeur" ("Monet's Palais Ducal");
2      b.   The sale price of each work was $22.5 million, for a total
3  of $45 million, and Claimant received from Low $2.25 million as a
4  deposit for the two works;
5      c.   Claimant and Low agreed that payment in full for Monet's
6  Nympheas and Monet's Palais Ducal was due by February 28, 2014;
7      d.   Claimant received no payments from Low or anyone acting on
8  his behalf for either painting by February 28, 2014;
9      e.   On or about April 23, 2014, Claimant received $2.25 million
10 from Low as further payment for Monet's Nympheas and Monet's Palais
11 Ducal;
12     f.   Claimant received no further payments from Low or anyone
13 acting on his behalf for the purchase of Monet's Nympheas;
14     g.   On or about March 10, 2015, as a result of Low's failure to
15 remit the full amount due for both paintings, Claimant agreed to
16 credit the $2.25 million received from Low toward Low's purchase of
17 Monet's Palais Ducal;
18     h.   Claimant thereafter completed the sale of Monet's Palais
19 Ducal to Low;
20     i.   Claimant never completed the sale of Monet's Nympheas to
21 Low; and
22     j.   Claimant is the owner of Monet's Nympheas and has been at
23 all times since February 5, 2013, when it was acquired from Sotheby's
24 London in the names of International Art Center, S.A. and Davide
25 Nahmad.
26     By this Stipulation, the Government dismisses Monet's Nympheas
27 from this action with prejudice.  Because Claimant has not filed a
28

3

1  claim to any of the other Defendant Assets, such dismissal resolves
2  Claimant's claim in this action in its entirety, with prejudice.
3  Claimant's verified claim and answer are hereby withdrawn, and
4  Claimant is excused from further participation in this action except
5  as otherwise specifically provided in this Stipulation.
6       Claimant agrees to release and hold harmless the United States
7  of America, including the United States Department of Justice and its
8  component agencies and bureaus, and any agents, servants,
9  contractors, and employees of the United States, acting in their
10 individual or official capacities, from any and all actions, causes
11 of action, suits, proceedings, debts, judgments, damages, claims or
12 demands whatsoever in law or equity in which Claimant, his heirs,
13 successors or assignees ever had, now have or may have, whether known
14 or unknown, in connection with this forfeiture action.  Claimant
15 further agrees to waive any and all claims for attorney's fees or
16 costs, pursuant to 28 U.S.C. § 2465 or otherwise.
17      Notwithstanding the above provisions, if the Government should
18 ever conclude that Claimant has knowingly withheld material
19 information or otherwise not been completely truthful and candid

4

about Claimant's representations set forth above, the Government may renew its efforts to seek the forfeiture of Monet's Nympheas, which may include re-filing this action.

DATED: May 26, 2017

DEBORAH CONNOR
Acting Chief, MLARS

SANDRA R. BROWN
Acting United States Attorney

_____/s/_____
WOO S. LEE
Deputy Chief, MLARS
KYLE R. FREENY
Trial Attorney, MLARS

JOHN J. KUCERA
CHRISTEN A. SPROULE
Assistant United States Attorneys


Attorneys for Plaintiff
UNITED STATES OF AMERICA


DATED: May 24, 2017

_____/S/*Richard Golub*_____
EDWARD KRATT
RICHARD GOLUB
Attorneys for Claimant Davide Nahmad


DATED: May 23, 2017

_____/s/*Davide Nahmad*_____
DAVIDE NAHMAD
Claimant